**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: TAX CLAIM BUREAU OF BERKS COUNTY UPSET SALE HELD SEPTEMBER 20, 2019 | : | No. 548 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| PETITION OF: GILBERT M. MARTINEZ | : | Court |
| | | |
| IN RE: TAX CLAIM BUREAU OF BERKS COUNTY UPSET SALE HELD SEPTEMBER 20, 2019 | : | No. 549 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| PETITION OF: GILBERT M. MARTINEZ | : | Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.